PER CURIAM.
 

 We grant the petition for writ of certio-rari and quash the order compelling appearance for genetic testing, because the administrative law judge did not have jurisdiction to order genetic testing to determine paternity in the child-support pro
 
 *1194
 
 ceeding under section 409.2563, Florida Statutes (2009).
 
 See Dep’t of Revenue ex rel. Gardner v. Long,
 
 987 So.2d 1235 (Fla. 1st DCA 2006);
 
 Dep’t of Revenue ex rel. Chambers v. Travis,
 
 971 So.2d 157 (Fla. 1st DCA 2007).
 

 BENTON, PADOVANO, and CLARK, JJ., concur.